UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUNTRUST BANK,

                Plaintiff,

-vs-                                              Case No. 2:10-cv-706-FtM-36SPC

SUSAN HOLLY, also known as, SUSAN E.
HOLLY, also known as, SUSAN ERETT HOLLY,
also known as SUSAN ERETT,

                Defendant.
_____

**ORDER**

        This matter comes before the Court on Plaintiff's Motion for Entry of Clerk's Default Against Defendant (Doc. #8) filed on December 29, 2010. Plaintiff Suntrust Bank moves for the entry of default against Defendant Susan Holly. The Return of Service (Doc. #7) indicates that Susan Holly was personally served with process on November 27, 2010. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), a defendant must serve an answer within 21 days after being served with the summons and complaint. To date, Defendant has failed to file or serve any paper in response.

        The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a). The Florida Rules of Civil Procedure state that "at the time of personal service of process a copy of the initial pleading shall be delivered to the party upon whom service is made." Fla. R. Civ. P. 1.070. Florida law allows service of an individual "by delivering a copy of [the summons and complaint] to the person to be served

... or by leaving the copies at [a Defendant's] usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents." Fla. Stat. § 48.031(1). Baca v. Zee Auto Center, Inc., 2007 WL 2298076 *1(M.D. Fla. August 7, 2007).

In this case, the Summons and Complaint was served on Plaintiff Susan Holly, an individual who is 15 years of age or older, at her residence. This was proper. To date, there has been no responsive pleading with respect to the Complaint from the Defendant. Therefore, the entry of default is appropriate at this time.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Entry of Clerk's Default Against Defendant (Doc. #8) is **GRANTED**. The Clerk is directed to enter clerk's default against Defendant Susan Holly.

**DONE AND ORDERED** at Fort Myers, Florida, this   29th    day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record