**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**SUNTRUST BANK,**

    **Plaintiff,**

**V.**                                                                                      **Case No:  2:10-CV-706-FtM-UASPC**

**SUSAN HOLLY**

    **Defendant.**

_____/

## ORDER

This matter comes before the Court on Defendant's Claim of Exemption and Request for Hearing (Doc. #21) filed on March 22, 2012.  This Court previously granted an identical request from Defendant on March 13, 2012. (Doc. #20).  Therefore, the instant Motion is due to be denied as moot.

Accordingly, it is now

**ORDERED:**

Claim of Exemption and Request for Hearing (Doc. #21) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd Day of March, 2012.

                                                                          SHERI POLSTER CHAPPELL
                                                                          UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record